No. 2,087.—STATE OF MONTANA ex rel. D. P. WORT-
  MAN, Relator, v. THE SECOND JUDICIAL DIS-
  TRICT COURT IN AND FOR SILVER BOW COUNTY
  et al., Respondents.

Original—Supervisory control.

Decided July 11, 1904.

PER CURIAM.—Relator's application for a writ of supervisory control or some other appropriate writ herein, is hereby denied.

*Messrs. Kirk & Clinton,* for Relator.